UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80812-CIV-HURLEY

SHERRY E. RUSSELL,
    plaintiff,

**CLOSED CASE**

vs.

DONNINI ENTERPRISES, INC., et al.,
    defendants.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY PENDING ARBITRATION & ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the court on the defendant's unopposed motion to stay this action pending completion of NASD arbitration in NASD Dispute Resolution Case No. 07-00169. [DE# 29] Having considered the motion, it is **ORDERED AND ADJUDGED**:

1. The plaintiff's unopposed motion for stay [DE# 29] is **GRANTED**. The proceedings in this matter shall be **STAYED** pending completion of the compulsory, binding arbitration proceedings.

2. In light of the foregoing, the Clerk of Court is directed to **CLOSE** this case for administrative purposes and **DENY** all pending motions as **MOOT**, without prejudice for either party to seek to re-open the case following completion of arbitration.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this _8__ day of October, 2008.

                                Daniel T. K. Hurley
                                United States District Judge

cc. All counsel